IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
MAR 2 6 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| MYRIAM RESTREPO HERNANDEZ and KATHERINE TORRES, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RESOURCE CORPORATION OF AMERICA & RECOVERY OF TEXAS, LLC, d/b/a RCA, RESOURCE CORPORATION OF AMERICA,<br><br>Defendant. | Civil Action No.<br><br>5:17-CV-0284-OLG |

## ORDER APPROVING SETTLEMENT AGREEMENT

On this day the Court considered the Joint Motion for Court Approval of Settlement Agreement (Dkt. No. 66) ("the Motion"). After reviewing the Motion, the Court is of the opinion that it should be GRANTED. It is therefore:

ORDERED, ADJUDGED, AND DECREED that the Settlement Agreement and Release reached by Parties is a fair and reasonable resolution of *bona fide* disputes between Plaintiffs and Defendant under the FLSA. The Court has scrutinized the Settlement Agreement and Release reached by Plaintiffs and Defendant and finds that the Settlement Agreement and Release is both fair and reasonable, and that it should be, and hereby is APPROVED.

It is further ORDERED, ADJUDGED, AND DECREED that upon Defendant's completion of its obligations to make settlement payments to Plaintiffs under the Settlement Agreement and Release and Plaintiffs' confirmation of the same, Plaintiffs shall cause the above

styled and numbered cause to be DISMISSED WITH PREJUDICE, with costs to be taxed to the parties incurring the same.

SIGNED this 26 day of March, 2018.

_____
ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE